UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| A.M., A MINOR, by his parents and natural guardians, AUDLEY MUSCHETTE and JUDITH MUSCHETTE, | CIVIL ACTION NO. 3:13-CV-1337 (WWE) |
| Plaintiffs, | |
| VS. | |
| AMERICAN SCHOOL FOR THE DEAF, ET AL. Defendants, | SEPTEMBER 30, 2015 |

## ANSWER, AFFIRMATIVE DEFENSES, and JURY DEMAND OF DEFENDANTS AMERICAN SCHOOL FOR THE DEAF, CHRIS HAMMOND AND ELWIN ESPINOZA

### AS TO THE PLAINTIFFS' PRELIMINARY STATEMENT, PARTIES, JURISDICTION AND VENUE, AND STATEMENT OF FACTS

1. As to the allegations of Paragraphs 2, 3, 5, 9, 10, 11, 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 38, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 52, 53, 54, 58, 59, 60, 61 and 62, the plaintiffs are left to their proof.

2. The allegations as to these defendants of Paragraphs 1, 4, 19, 31, 34, 35, 36, 37, 39, 40, 55, 56, 57, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81 and 82 are denied.

3. The allegations of Paragraphs 6, 7, 8, 12, 13, 14 and 51 are admitted.

1

## AS TO THE FIRST, SECOND, THIRD, FOURTH, ELEVENTH and TWELVTH CAUSES OF ACTION

1. These defendants do not respond to the allegations of these causes of action as those allegations are not directed towards them.

## AS TO THE FIFTH CAUSE OF ACTION

1. These defendants incorporate their answers to the preceding paragraphs of the Complaint as if set forth herein.

2. The allegations of Paragraph 107 are admitted.

3. The allegations of paragraphs 108, 109, 110, and 111 are denied.

## AS TO THE SIXTH CAUSE OF ACTION

1. These defendants incorporate their answers to the preceding paragraphs of the Complaint as if set forth herein.

2. The allegations of Paragraph 113 are admitted.

3. The allegations of paragraphs 114, 115, 116, 117, 118, 119, 120, 121, and 122 are denied.

## AS TO THE SEVENTH CAUSE OF ACTION

1. These defendants incorporate their answers to the preceding paragraphs of the Complaint as if set forth herein.

2. As they relate to these defendants, the allegations of paragraphs 124 and 125 are denied.

3. These defendants do not respond to the allegations of Paragraph 126.

4. As to the allegations of Paragraph 127, the plaintiffs are left to their proof.

## AS TO THE EIGHTH CAUSE OF ACTION

1. These defendants incorporate their answers to the preceding paragraphs of the Complaint as if set forth herein.

2. As they relate to these defendants, the allegations of paragraphs 129 and 130 are denied.

3. These defendants do not respond to the allegations of Paragraph 131.

4. As to the allegations of Paragraph 132, the plaintiffs are left to their proof.

## AS TO THE NINTH CAUSE OF ACTION

1. These defendants incorporate their answers to the preceding paragraphs of the Complaint as if set forth herein.

2. As they relate to these defendants, the allegations of paragraphs 134, 135 and 136 are denied.

3. These defendants do not respond to the allegations of Paragraph 137.

4. As to the allegations of Paragraph 138, the plaintiffs are left to their proof.

## AS TO THE TENTH CAUSE OF ACTION

1. These defendants incorporate their answers to the preceding paragraphs of the Complaint as if set forth herein.

2. The allegations of paragraphs 140, 141, 150 and 151 are denied.

3. As to the allegations of Paragraph 142, 143, 144, 145, 146, 147, 148, 149, the plaintiffs are left to their proof.

### AFFIRMATIVE DEFENSES

The actions of A.M. were negligent, reckless, and intentional, and were a proximate cause of his claimed injuries and damages.

### JURY DEMAND

These defendants demand a jury trial on all triable issues.

DEFENDANTS,
AMERICAN SCHOOL FOR THE DEAF, CHRIS HAMMOND and ELWIN ESPINOZA

By /s/ Mark T. Altermatt
Mark T. Altermatt
Fed Bar No.: ct08920
David G. Hill & Associates, LLC
180 Glastonbury Blvd, Suite 202
Glastonbury, CT   06033
860-657-1012/Fax 860-657-9264
maltermatt@dhill-law.com

## CERTIFICATION

This is to certify that on this 30th day of September, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                /s/ Mark. T. Altermatt
                                                Mark T. Altermatt